## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Alexander von Brandenfels, | Civil No.: 0:26-cv-1560-DWF/DTS |
| Plaintiff, | |
| | **DEFENDANT'S RULE 7.1** |
| v. | **DISCLOSURE STATEMENT** |
| Genz-Ryan Plumbing and Heating Co., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Genz-Ryan Plumbing and Heating Co. states that it does not have any parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: March 11, 2026

Respectfully Submitted,

**DROEL, PLLC**

*/s/ Evan H. Weiner*
Evan H. Weiner (MN Bar #389176)
Samuel A. Meshbesher (MN Bar # 0403675)
30 South 9th Street, 7th Floor
Minneapolis, MN 55402
P: (952) 835-1614
eweiner@droellaw.com
smeshbesher@droellaw.com

**ATTORNEYS FOR DEFENDANT
GENZ-RYAN PLUMBING AND
HEATING CO.**

1